IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

FILED
APR - 4 2007
CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CR. NO. 2:07-CR-58-WHA |
| v. | ) [18 USC § 922(g)(1)] |
| | ) |
| COURTNEY SMITH | ) |
| a.k.a. KOKO | ) INDICTMENT |

The Grand Jury charges:

## COUNT 1

On or about August 15, 2005, in Montgomery County, Alabama, within the Middle District of Alabama, the defendant,

COURTNEY SMITH,
a.k.a. KOKO,

having been previously convicted in a court of a crime punishable by imprisonment for a term in excess of one year, to-wit: Robbery I in the Circuit Court of Montgomery County, Alabama (CC-94-2371), knowingly possessed in and affecting commerce a firearm, that is a Smith & Wesson, Model CS45, .45 Caliber Pistol, and ammunition, namely, eight live rounds of .45 caliber ammunition, a better description of which is unknown to the grand jury, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for the violation of Title 18, United States Code, Section 922(g)(1), as alleged in Count 1 of this indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924 and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in the commission of this offense, including but not limited to the following:

    (1)    a Smith & Wesson, Model CS45, .45 Caliber Pistol; and

    (2)    eight live rounds of .45 caliber ammunition.

C.    If any of the property described in this forfeiture allegation, as a result of any act or omission of the defendant:

    (1)    cannot be located upon the exercise of due diligence;

    (2)    has been transferred, sold to, or deposited with a third person;

    (3)    has been placed beyond the jurisdiction of the court;

    (4)    has been substantially diminished in value; or,

    (5)    has been commingled with other property which cannot be divided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c), intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the property described in paragraph B above, all in violation of Title 18, United States Code, Section 922.

A TRUE BILL:

_____
Foreperson

_____
LEURA G. CANARY
UNITED STATES ATTORNEY

_____
John T. Harmon
Assistant United States Attorney

_____
Jerusha T. Adams
Assistant United States Attorney