IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA          )
                                  )
v                                 )          CRIMINAL ACTION NO
                                  )          2:07cr58-WHA
COURTNEY SMITH                    )

**PRETRIAL CONFERENCE ORDER**

A pretrial conference was held on 6/1/2007, before the undersigned Magistrate Judge.

Present at this conference were Kevin Butler, counsel for the defendant, and Assistant United

States Attorney, Jerusha Adams, counsel for the government.  As a result of the conference,

it is

ORDERED as follows:

1.  Jury selection is set for **7/9/2007**.   The trial of this case is set for the trial term

commencing on **7/9/2007**, before **United States District Judge W. Harold Albritton** and

is expected to last  1 day for trial.

2.   There is a  motion to suppress currently pending.  The response to the motion to

suppress is due on or before **7/8/2007**.  The suppression hearing will commence **7/12/2007**

at 10:00 a.m. in courtroom 4-A before the undersigned.

3.  Proposed voir dire questions shall be filed on or before **7/2/2007.**  Counsel should

not include questions seeking information which is provided in the jury questionnaire.

4.  All motions in limine shall be filed on or before **7/2/2007** .   Motions in limine

must be accompanied by a brief.  Failure to file a brief will result in denial of the motion.

5.  Proposed jury instructions shall be filed on or before **7/2/2007 .**

6.  The court will not consider a plea pursuant to Rule 11(c) (1)(A) or (C) unless notice is filed on or before noon on **6/27/2007**.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on **7/9/2007**.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on **7/9/2007**, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 4th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE