IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR58-WHA |
| | ) | |
| COURTNEY SMITH | ) | |

## **ORDER**

Upon consideration of defendant's Motion to Suppress (Doc. 12), filed 5/29/2007, it is

ORDERED that United States respond to said motion on or before 6/8/2007, the motion is **rescheduled** for an evidentiary hearing from 7/12/2007 at 10:00 a.m. **to 6/12/2007,** at 10:00 a. m., in Courtroom 4A, Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama. If the defendant is in custody, the United States Marshal shall produce the defendant for the hearing.

DONE this 4th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE