IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:07cr-58-WHA |
| | ) | |
| COURTNEY SMITH | ) | |

### MOTION TO WITHDRAW PLEADING

COMES NOW Courtney Smith, by and through undersigned counsel, Kevin L. Butler, and respectfully requests to withdraw the Motion to Suppress Evidence filed on May 29, 2007.

On May 29, 2007, undersigned counsel filed a motion to suppress evidence. Based upon a negotiated resolution that has been reached in this case, Mr. Smith withdraws his motion.

WHEREFORE, Defendant respectfully requests that this Motion To Suppress Evidence be withdrawn.

Dated this 7th day of June, 2007.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | 2:07cr-58-WHA |
| | ) | |
| **COURTNEY SMITH** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2007, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Jerusha T. Adams, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138