IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR58-WHA |
| | ) | |
| COURTNEY SMITH | ) | |

**ORDER**

Upon consideration of defendant's Motion to Withdraw Document (Doc. 16), filed 6/7/2007, it is

ORDERED that said Motion is GRANTED.

DONE this 8th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE