IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR NO. 2:07CR58-WHA |
| | ) | |
| COURTNEY SMITH | ) | |

### ORDER

Upon consideration of defendant's Motion to Suppress (Doc. 12), filed 5/29/2007, and the defendant's Motion to Withdraw Document (Doc. 16), It is

**ORDERED** that the **Motion to Suppress(Doc. 12),** is **DENIED AS MOOT**. The **evidentiary hearing** on the Motion to Suppress previously scheduled for 6/12/2007, at 10:00 a.m. is **CANCELED.**

DONE this 8th day of June, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE